# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN RE:   Austin Hunter Nicole-Sultan, Debtor          Case No. 23-11859-SDM
                                                     CHAPTER 13

## MOTION TO EXTEND TIME
## TO FILE CHAPTER 13 SCHEDULES

COMES NOW the debtor, Austin Hunter Nicole-Sultan, by and through her attorney, and files this Motion to Extend Time to File Chapter 13 Schedules and would respectfully show the following:

1. That the debtor filed her Chapter 13 Petition on June 22, 2023.

2. That the schedules are due July 6, 2023.

3. That the debtor needs additional time to complete the following documents:

    a. Aty Disclosure Stmt.
    b. Chapter 13 Plan
    c. Summary of Schedules
    d. Schedule A/B
    e. Schedule C
    f. Statement of Financial Affairs
    g. Schedule
    h. Ch 13 − Proper 122C form(s)
    i. Schedule E/F
    j. Schedule G
    k. Schedule H
    l. Schedule
    m. Sch J (and J−2 If Applicable)

4. That the debtor is getting necessary documents together, which are needed to accurately complete their schedules and Chapter 13 Plan

That the debtor requests until July 20, 2023 to file his schedules.

                            Respectfully submitted,

            By:    /s/ Thomas C. Rollins, Jr.
                   Thomas C. Rollins, Jr. (MSBN 103469)
                   Jennifer A Curry Calvillo (MSBN 104367)
                   The Rollins Law Firm, PLLC
                   P.O. Box 13767
                   Jackson, MS 39236
                   trollins@therollinsfirm.com
                   601-500-5533

## CERTIFICATE OF SERVICE

       I, Thomas C. Rollins, Jr., do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Certification on this the 6th day of July, 2023. All interested parties will receive CM/ECF from the Court.

                                      /s/ Thomas C. Rollins, Jr.
                                      Thomas C. Rollins, Jr.